■ LEONARD SCAFFIDO, Respondent, v SANDY BROWNELL et al., Appellants.—Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendants' motion for summary judgment in this action for defamation based upon defendants' publication of a memorandum which allegedly harmed plaintiff in his trade, profession and occupation. Plaintiff submitted sufficient evidence in opposition to defendants' motion to raise a triable issue of fact whether defendants were motivated by actual malice in publishing the memorandum in question *(see, Baldwin v Shell Oil Co.,* 71 AD2d 907). (Appeal from order of Supreme Court, Onondaga County, Hayes, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Lawton and Davis, JJ.

■ VERA BUSTER, as Administratrix of the Estate of RAYFUS BUSTER, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 58355-A.)—Order unanimously affirmed without costs for reasons stated at Court of Claims, Corbett, J. (Appeal from order of Court of Claims, Corbett, J.—partial summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Lawton and Davis, JJ.

■ THADDEUS A. JARZABEK, Appellant, v REGINALD TUCCI, SR., Doing Business as CLUB UTICA, Respondent. (Appeal No. 1.)—Order unanimously affirmed without costs. Same memorandum as in *Jarzabek v Tucci* ([appeal No. 2] 155 AD2d 908 [decided herewith]). (Appeal from order of Supreme Court, Erie County, Mintz, J.—transfer to City Court.) Present—Dillon, P. J., Callahan, Boomer, Lawton and Davis, JJ.